**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000826
09-JUN-2026
08:04 AM
Dkt. 16 ODSD**

NO. CAAP-25-0000826

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEN FUKUYAMA, Plaintiff/Counterclaim Defendant-Appellee,
v.
ARTHUR JEREMIAH, Defendant/Counterclaimant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
ʻEWA DIVISION
(CASE NO. 1DRC-25-0001519)

ORDER DISMISSING APPEAL
(By: Wadsworth, Presiding Judge, Guidry and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before January 15, 2026, and February 17, 2026, respectively;

(2) Self-represented Defendant/Counterclaimant-Appellant Arthur Jeremiah (**Jeremiah**) failed to file either document or request an extension of time;

(3) On February 23, 2026, the appellate clerk entered a default notice informing Jeremiah that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 5, 2026, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 12.1(e) and 30, and Jeremiah could request relief from default by motion;

(4) The appellate clerk mailed the notice of entering case on calendar and the default notice to Jeremiah at his address on record. The United States Postal Service did not return the notice of entering case on calendar but returned the default notice as not deliverable and unable to forward; and

(5) Jeremiah has not filed a notice of change of address, consistent with HRAP Rule 25(f), or taken any further action in this appeal since filing the notice of appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, June 9, 2026.

/s/ Clyde J. Wadsworth
Presiding Judge

/s/ Kimberly T. Guidry
Associate Judge

/s/ Daniel M. Gluck
Associate Judge